G. Thomas Martin, III, Esq. (SBN 218456)
tom@pricelawgroup.com
Darin S. Shaw, Esq. (SBN 251037)
darin@pricelawgroup.com
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
Attorney for Plaintiff
MYRNA E. BAUM

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MYRNA E. BAUM, an individual,

      Plaintiff,

   vs.

BUREAU OF COLLECTION
RECOVERY, LLC., a limited liability
company; and DOES 1 to 10, inclusive,

     Defendants.

Case No.: 2:13-cv-00185-SJO-MAN

**ORDER GRANTING
STIPULATION OF DISMISSAL
WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANTS**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff MYRNA E. BAUM against Defendants, BUREAU OF COLLECTION RECOVERY, LLC; and DOES 1 through 10, inclusive are dismissed, with prejudice. Plaintiff MYRNA E. BAUM and Defendant BUREAU OF COLLECTION RECOVERY, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:_____9/30/13_____

_S. James Otero_

_____
District Court Judge
Central District of California